**SHIELDS PETITTI, PLC**
Michael J. Petitti, Jr. – 011667
Paige C. Pataky – 029951
5090 N. 40th Street, Suite 207
Phoenix, Arizona 85018
Telephone: (602) 718-3330
Facsimile: (602) 675-2356
E-Mail:  mjp@shieldspetitti.com
E-Mail:  pcp@shieldspetitti.com

Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Gabriel Handson,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>McLane Sunwest, a Texas corporation doing business in Arizona,<br><br>　　　　　Defendant. | No. 2:21-cv-00173-DJH<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(i)** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Gabriel Handson, by his undersigned counsel, hereby gives notice that Plaintiff voluntarily dismisses his claims against Defendant McLane Sunwest, which has not filed an Answer or a Motion for Summary Judgment in the action, without prejudice.

/ / /

1212157.1

DATED this 10th day of May, 2021.

SHIELDS PETITTI, PLC

By <u>Michael J. Petitti, Jr.</u>
Michael J. Petitti, Jr.
Paige C. Pataky
5090 N. 40th Street, Suite 207
Phoenix, AZ 85018
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of May, 2021, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

<u>/s/ Lisa Harnack</u>
Lisa Harnack

1212157.1